UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GAIL MORGADO<br><br>                   Plaintiff(s),<br>   v.<br><br>REGENTS OF THE UNIVERSITY OF CAL<br><br>                   Defendant(s).<br>_____/ | No. C 13-01318 MEJ<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

      Pending before the Court is Defendant's Motion to Dismiss.  Dkt. No. 5.  However, on April 11, 2013, Plaintiff filed an Amended Complaint.  Dkt. No. 11.  Under Federal Rule of Civil Procedure 15, a party may amend its pleading once "as a matter of course" within "21 days after service of a responsive pleading or 21 days after service of a motion.  Fed. R. Civ. P. 15(a)(1).  Thus, as no prior amended complaints have been filed, Plaintiff was entitled to file an amended complaint as a matter of course under Rule 15(a).  The amended complaint supersedes the original complaint, which is treated as non-existent.  Since Defendant's motion is based on Plaintiff's original complaint, the Court hereby DENIES Defendant's motion as moot.  Defendant shall file an answer or other responsive pleading within 21 days from the date of this Order.

      Plaintiff is advised that no further amendments may be made without seeking leave of Court pursuant to Rule 15 and Civil Local Rule 7.  Any attempt to file an amended complaint without proper notice to Defendant under Civil Local Rule 7 and a court order shall be stricken.

      **IT IS SO ORDERED.**

Dated: April 17, 2013

                                                             _____<br>
                                                             Maria-Elena James<br>
                                                            United States Magistrate Judge