| | |
|---|---|
| 1 | David M. Poore, SBN 192541 |
|   | Scott A. Brown, SBN 177099 |
| 2 | BROWN | POORE LLP |
|   | 1350 Treat Blvd., Suite 400 |
| 3 | Walnut Creek, California 94597 |
|   | Telephone:   (925) 943-1166 |
| 4 | Facsimile:    (925) 943-1164 |
|   | dpoore@bplegalgroup.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | |

<br>

| | |
|---|---|
| 7 | Marcie S. Isom, Esq., SBN 226906 |
|   | GORDON & REES LLP |
| 8 | Embarcadero Center West |
|   | 275 Battery Street, Suite 2000 |
| 9 | San Francisco, California 94111 |
|   | Tel: (415) 986-5900 |
| 10 | Fax: (415) 986-8064 |
| 11 | |
|   | Attorneys for Defendants |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MORGADO, | Case No.  CV-13-1318 MEJ |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; KATIE SOLINGER; and DOES 1 through 50, inclusive, | Date:  June 27, 2013<br>Time:  10:00 a.m.<br>Courtroom B, 15th Floor<br>Hon. Maria Elena James |
| Defendants. | |

1  WHEREAS, the Court set an initial Case Management Conference ("CMC") for June 27, 2013, in the above-entitled matter;

WHEREAS, Plaintiff's lead trial counsel, David M. Poore, has a pre-paid family vacation out of state from June 17, 2013, to July 3, 2013, and is unavailable to attend the initial CMC.

WHEREAS, the parties stipulate and agree that good cause exists to continue the initial CMC for a period of approximately three (3) weeks, to allow Plaintiff's lead trial counsel to attend the conference;

WHEREFORE, the Parties respectfully request that this Court grant this Stipulation and continue the CMC from June 27, 2013, to July 18, 2013, or any date thereafter that is available to the court and the parties immediately thereafter.

IT IS SO STIPULATED.

Dated: June 6, 2013                              BROWN | POORE LLP

                                                 *//David M. Poore//*
                                             By: _____
                                                 David M. Poore
                                                 Attorneys for Plaintiff
                                                 GAIL MORGADO


Dated: June 6, 2013                              GORDON & REES LLP

                                                 *//Marcie S. Isom//*
                                             By: _____
                                                 Marcie S. Isom, Esq.
                                                 Attorneys for Defendants
                                                 REGENTS OF THE UNIVERSITY OF
                                                 CALIFORNIA; KATIE SOLINGER

1

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, the parties Stipulation is hereby approved and the initial Case Management Conference set for June 27, 2013, is hereby VACATED. The new case management conference date shall be July 25, 2013, at ~~.m.~~ 10:00 a.m. The parties are required to file a joint CMC statement no later than seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated: June 7, 2013



UNITED STATES MAGISTRATE JUDGE

2

STIP & PROPOSED ORDER – MORGADO V. REGENTS ET AL, CASE NO. CV-13-1318 MEJ