David M. Poore, SBN 192541
Scott A. Brown, SBN 177099
BROWN | POORE LLP
1350 Treat Blvd., Suite 400
Walnut Creek, California 94597
Telephone:   (925) 943-1166
Facsimile:   (925) 943-1164
dpoore@bplegalgroup.com

Attorneys for Plaintiff
GAIL MORGADO

**GRANTED**
*Judge Maria-Elena James*

Dated: 4/11/2014
GRANTED.
All pending dates are hereby VACATED, without prejudice, including the May 17, 2014 Motion for Summary Judgment hearing. The parties are directed to file a notice of dismissal with the Court.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAIL MORGADO, <br><br> Plaintiff, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; KATIE SOLINGER; and DOES 1 through 50, inclusive, <br><br> Defendants. | **Case No. CV-13-1318 MEJ** <br><br> **NOTICE OF SETTLEMENT** <br><br><br> Courtroom B, 15th Floor <br> Hon. Maria Elena James |

1   PLEASE TAKE NOTICE that all of the parties to the above-referenced case have reached a full and final settlement before the Hon. Ellen James (Ret.), who mediated this matter on Friday, April 4, 2014, with follow-up telephone calls on Monday, April 7, 2014.  The settlement documents have been executed by the parties.  As a result, the parties jointly request that all deadlines be vacated without prejudice, including the hearing date of May 15, 2014, for Plaintiff's Motion for Partial Summary Judgment.

Respectfully Submitted.

Dated:  April 10, 2014			BROWN | POORE LLP


					By:	 //s// David M. Poore
						David M. Poore
						Attorneys for Plaintiff
						GAIL MORGADO